UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20463-CR-MOORE

UNITED STATES OF AMERICA,

v.

ANTWANE DEMON JOHNSON,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON
## PETITION FOR REVOCATION OF SUPERVISED RELEASE

    This matter arose on a Second Superseding Petition seeking revocation of the term of supervised release imposed on Defendant Antwane Demon Johnson.  ECF No. [85].  The Honorable K. Michael Moore, Chief United States District Judge, referred this matter to the undersigned Magistrate Judge to take all necessary and proper action with respect to any and all violations of Supervised Release, ECF No. [89].

    On February 21, 2019, the Court held a Status and Scheduling Conference at which Defendant's counsel represented that Defendant was admitting to violations 1, 2, 4, and 5 of the Second Superseding Petition.  The Government represented that it would not be pursuing the remaining violations 3, 6, 7, 8, and 9.

    Based on the foregoing, it is **RECOMMENDED** that the District Court adopt the finding that the Defendant violated his conditions of supervised release as alleged in paragraphs 1, 2, 4 and 5 of the Petition, revoke the Defendant's supervised release, and hold a sentencing hearing to determine the appropriate disposition.

    The parties will have two calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United

States District Judge to whom this case is assigned. Any request for an extension of this deadline must be made within one calendar day from the date of this Order. Given the fact that Defendant is not contesting the violations and that the parties represented that the matter is now ripe for disposition by the District Court, the time to file objections has been shortened.

Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn,* 474 U.S. 140 (1985).

**DONE AND SUBMITTED** in chambers in Miami, Florida, on February 21, 2019.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
The Honorable K. Michael Moore, Chief United States District Judge
All counsel of record